UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff and Respondent,

v.

DION LEROY JOHNSON,

    Defendant and Movant.
_____/

No.  CR 04-0163 PJH
       C 07-4467 PJH/07-5943 PJH

**JUDGMENT**

Pursuant to the Order Denying Petitioner's 28 U.S.C. §§ 2241 and 2255 petitions signed today, these actions are DISMISSED.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 15, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge